NOTE: CHANGES MADE BY THE COURT

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AMIR "MICHAEL" KARIMI; TRANS TELECOM COMPANY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BEHNAM RAFALIAN; ROYA AKHAVAN; DOES 1-10, <br><br> Defendants. | Case No. 2:22-cv-01379-ODW-KS <br><br> Hon. Otis D. Wright, II <br><br> **ORDER GRANTING STAY** |

The Court, having considered the Parties' Stipulation To Stay Proceedings Pending Settlement, and good cause appearing therein, hereby **GRANTS** the Parties' Stipulation and **ORDERS** as follows:

1. This case is **STAYED** for a period of **45 days** from the date of this Order.

2. In the event the Parties are unable to reach a settlement, Plaintiffs' First Amended Complaint ("FAC") shall be due within ten (10) calendar days of the expiration of the stay and may be served electronically on Defendants and without the filing of a Motion to Amend.

3. In the event either Party determines that settlement negotiations will not result in a satisfactory resolution of the matter, any Party may provide notice to the opposing Party **and the Court** of this fact. Upon receiving notice, the stay in the proceedings will be terminated, and the FAC will then be due within 10 calendar days of Plaintiffs issuing or receiving that notice. To allow good faith efforts to achieve a resolution, such notice may not be provided until thirty (30) calendar days after the Court's execution of the Proposed Order.

4. Defendants' answers to the FAC shall be due within twenty-one (21) days of the electronic service of the FAC.

**IT IS SO ORDERED.**

Dated: August 9, 2022

_____
HONORABLE JUDGE OTIS D. WRIGHT, II