Name Joseph Bakhos Esq.
Address 330 E. Lambert Rd. Unit 278F
City, State, Zip Brea, CA 92821
Phone 888-462-3323
Fax
E-Mail josephbakhoslaw@yahoo.com
☐ FPD ☐ Appointed ☐ CJA ☐ Pro Per ☒ Retained

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMIR "MICHAEL" KARIMI; TRANS TELECOM COMPANY, INC., E<br>PLAINTIFF(S),<br>v.<br>BEHNAM RAFALIAN; ROYA AKHAVAN; SOIL PACIFIC INC. DOES 1-10<br>DEFENDANT(S). | CASE NUMBER:<br>2:22-cv-01379-ODW-KS<br><br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that SOIL PACIFIC, INC. & BEHNAM RAFALIAN hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☒ Judgment (specify):
AFTER TRIAL

☐ Other (specify):

Imposed or Filed on July 17, 2026. Entered on the docket in this action on July 17, 2026.

A copy of said judgment or order is attached hereto.

8/17/2026
Date

/s/ Joseph Bakhos
Signature
☐ Appellant/ProSe ☒ Counsel for Appellant ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).