LAW OFFICES OF JAMES C. MACDONALD
James C. Macdonald [Bar No: 175760]
2030 Main Street, Suite 660
Irvine, California 92614
Tel: (949) 660-0011 Facsimile: (949) 408-1743
E-mail: jcm@jcmacdonald.com

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Amir "Michael" Karimi, et al. PLAINTIFF(S), v. Behnam Rafalian, et a. DEFENDANT(S) | CASE NUMBER 2:22-cv-01379-MWC-KS<br>**APPLICATION TO THE CLERK TO TAX COSTS** |

*Complete this form, including the Bill of Costs chart in section 2 and, if claiming witness fees, the Witness Fees chart in section 3. The completed form must then be submitted to the Court in two ways: (1) saved as a PDF document and e-filed (with all necessary attachments) in the case docket using the "Clerk to Tax Costs (CV-59)" event in the Court's CM/ECF System; and (2) saved as a Word document (.doc or .docx) and submitted by email (without attachments) to Cost_BillsLA@cacd.uscourts.gov. See L.R. 54-3 et seq. and the Bill of Costs Handbook (www.cacd.uscourts.gov/court-procedures/filing-procedures/bill-costs) for more information.*

| | | | |
|---|---|---|---|
| **Name(s) of party or parties claiming costs:** | Plaintiffs Amir "Michael" Karimi and Trans Telecom Company, Inc. | | |
| **Judgment entered on:** | July 17, 2026 | **Docket #:** | 211 |
| **Names of party(ies) against whom judgment was entered:** | Defendants Behnam Rafalian and Soil Pacific, Inc. | | |

**DECLARATION UNDER 28 U.S.C. § 1924**

I declare under penalty of perjury that the costs itemized in this CV-59 Form are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.

Date: August 17, 2026 Signature: /s/
Name: James Macdonald
☒ Attorney of Record for: Plaintiffs Amir "Michael" Karimi and Trans Telecom, Inc.

**COURT USE ONLY**

☐ **Application GRANTED in whole/part; costs are taxed in the amount of $** *Enter total amount taxed here.*
☐ **Application DENIED because:** ☐ **Not timely filed (L.R. 54-2.1).**
☐ **Insufficient supporting documentation provided (L.R. 54-2.1).**
☐ **Filer is not prevailing party (L.R. 54-1).**

**Date:** *Enter date here.* **Brian D. Karth, District Court Executive/Clerk of Court**
**By:** ______________________
**Deputy Clerk**

**Case Title:** *Click or tap here to enter text.* **Case No:** *Click or tap here to enter text.*

# BILL OF COSTS

***The Clerk does not have discretion to tax any item not identified as taxable in the Local Rules.***

Click in one of the grey boxes in the "Amount Claimed" column, enter the relevant amount, and then use the "tab" key to move to the next field; this will cause the form to adjust the column total at the bottom of the chart.

A list of disallowance codes is provided below the chart.

| TAB | | AMOUNT CLAIMED | SUPPORTING DOCUMENTS (*Must be itemized below and cross-referenced to attachments.*) | AMOUNT ALLOWED | *~ IF ANY AMOUNT DISALLOWED ~* AMOUNT | CODE* | ADDITIONAL REASONS |
|---|---|---|---|---|---|---|---|
| | | | | *(Shaded columns for Court use only.)* | | | |
| 1 | | ***L.R. 54-3.1 Clerk's Fees** (only if in 28 USC § 1914 or www.uscourts.gov/services-forms/fees/district-court-miscellaneous-fee-schedule)* | | | | | |
| | | | NA | | | | |
| 2 | | ***L.R. 54-3.2 Fees for Service of Process*** | | | | | |
| | | $2,047.17 | Tab 2, Dennis Block Paid Countrywise Invoice, Coutrywide Invoice Nos. SD97109, SD97128, Proof of Service $125.00, SD224396, Nationwide Invoice Nos. SD239332, SD239446A, SD239446, Total $2,047.17 | | | | |
| 3 | | ***L.R. 54-3.3 United States Marshal's Fees*** | | | | | |
| | | | NA | | | | |
| 4 | | ***L.R. 54-3.4 Transcripts of Court Proceedings** (order or stipulation required and must be attached)* | | | | | |
| | | $3,515.60 | Tab 4, Invoice Nos. 56065, 56072, 56100, 56897, Total $3,515.60 | | | | |
| 5 | | ***L.R. 54-3.5 Depositions** (if order or stipulation required by rule, it must be attached)* | | | | | |
| | | $8,946.91 | Tab 5, Invoice Nos. 51228, 51559, 52286, 52599, Total $8,946.91 | | | | |
| 6 | | ***L.R. 54-3.6 Witness Fees** (TAXED AT STATUTORY RATE ONLY; complete Witness Fees Chart, below)* | | | | | |
| | | $65.00 | Tab 6, $65.00 | | | | |
| 7 | | ***L.R. 54-3.7 Interpreter's Fees** (document translation costs are not taxable)* | | | | | |
| | | | NA | | | | |
| 8 | | ***L.R. 54-3.8 Docket Fees** (only as provided by 28 U.S.C. § 1823)* | | | | | |
| | | | NA | | | | |
| 9 | | ***L.R. 54-3.9 Court-Appointed Experts, Masters, Commissioners, and Receivers** (attach appointment order)* | | | | | |
| | | | NA | | | | |
| 10 | | ***L.R. 54-3.10 Certification, Exemplification and Reproduction of Documents** (if order or stip required, it must be attached)* | | | | | |
| | (a) | *L.R. 54-3.10(a): "cost of copies of documents necessarily filed and served"* | | | | | |
| | | $1,781.54 | Tab 9(a) Declaration of Michael Karimi $1,781.54 | | | | |
| | (b) | *L.R. 54-3.10(b): "cost of copies of documents or other materials admitted into evidence"* | | | | | |
| | | | NA | | | | |
| | (c) | *L.R. 54-3.10(c): "Fees for an official certification of proof respecting the non-existence of a document or record"* | | | | | |
| | | | NA | | | | |
| | (d) | *L.R. 54-3.10(d): "Patent Office charges" for necessary "patent file wrappers and prior art patents"* | | | | | |

| TAB | | AMOUNT CLAIMED | SUPPORTING DOCUMENTS (*Must be itemized below and cross-referenced to attachments.*) | AMOUNT ALLOWED | ~ *IF ANY AMOUNT DISALLOWED* ~ AMOUNT | CODE* | ADDITIONAL REASONS |
|---|---|---|---|---|---|---|---|
| | | | | ***(Shaded columns for Court use only.)*** | | | |
| | | | NA | | | | |
| | (e) | *L.R. 54-3.10(e): "Notary fees" of taxable documents* | | | | | |
| | | | NA | | | | |
| | (f) | *L.R. 54-3.10(f): "Fees for certification or exemplification of any document or record necessarily obtained for use in the case"* | | | | | |
| | | | NA | | | | |
| | (g) | *L.R. 54-3.10(g): "cost of physically replicating or reproducing material necessarily obtained for use in the case"* | | | | | |
| | | | | | | | |
| 11 | | ***L.R. 54-3.11 Premiums on Undertakings and Bonds*** | | | | | |
| | | | | | | | |
| 12 | | ***L.R. 54-3.12 Other Costs*** *(Court order must be attached; only visual aids, models, and photographs taxable under this rule)* | | | | | |
| | | | | | | | |
| 13 | | ***L.R. 54-3.13 State Court Costs*** *(taxable only if taxable in state court; include citation to applicable state statute or rule)* | | | | | |
| | | | | | | | |
| 14 | | ***L.R. 54-4 Items Taxable as Costs on Appeal*** *(only items taxable under Fed. R. App. P. 39(e))* | | | | | |
| | | | | | | | |
| 15 | | ***L.R. 54-5 Items Taxable as Costs on a Bankruptcy Appeal to the District Court*** | | | | | |
| | | | | | | | |
| **TOTAL** | | $16,356.22 | | **$0.00** | **$0.00** | | |

***Reason Codes for Disallowance of Claimed Costs:**

"A" – No supporting documents provided.
"B" – Order/Stip required but not provided.
"C" – Documents provided do not support full amount claimed.
"D" – Item does not fall within the scope of the Local Rule.
"E" – Invoice includes both taxable and non-taxable costs, but no breakdown is provided.
"F" – Amount claimed reduced by agreement after meet and confer.
"G" – Other.

**Case Title:** Click or tap here to enter text. **Case No:** Click or tap here to enter text.

# WITNESS FEES

**WITNESS FEES/EXPENSES COMPUTATION WORKSHEET: INSTRUCTIONS**

- Attendance fees taxable only at statutory rate. 28 U.S.C. § 1821(b).
- Travel in a privately owned vehicle ("POV") is computed at federal government rates in the year of travel. Visit gsa.gov for current POV mileage reimbursement rate.
- For mileage claims, distances should be documented (through Google maps or similar); point of trip origin should be documented if different from place of residence.
- Subsistence expenses (including lodging and meals) for overnight stay (if required due to distance) are allowed but may not exceed maximum per diem allowance for federal government employees. View gsa.gov lodging per diem rates. View gsa.gov meals and incidental expenses per diem rates.

**WITNESS FEES (computation, *see* 28 U.S.C. § 1821 for statutory fees)**

| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

# Tab 2 – Personal Service

| Invoice Date | Taxable Amount | Description | Tab Page No. |
|---|---|---|---|
| 2/7/2022 | $300.00 | Attempted Service of Behnam Rafalian/Nationwide Paid by Dennis Block on behalf of Plaintiffs and Owed by Plaintiffs | 003 |
| 5/26/2022 | $203.00 | Personal Service of Behnam Rafalian/Nationwide Paid by Counsel and Reimbursed by Plaintiff | 004 |
| 6/9/2022 | $158.00 | Attempted Personal Service of Behnam Rafalian for Deposition/Nationwide Paid by Counsel and Reimbursed by Plaintiff | 005 |
| 5/25/2023 | $125.00 | Personal Service of Yones Kabir Soil Pacific/Countrywide Paid by Plaintiff | 006 |
| 5/23/2025 | $323.32 | Personal Service of Alireza Shahdoost-Rad for Deposition Paid by Counsel and Reimbursed by Plaintiff | 007 |
| 9/30/2025 | $63.55 | Personal Service of Behnam Rafalian for Trial Paid by Counsel and Reimbursed by Plaintiff | 009 |
| 9/19/2025 | $292.30 | Personal Service of Alireza Shahdoost-Rad for Trial Paid by Counsel and Reimbursed by Plaintiff | 010 |
| 9/30/2025 | $582.00 | Personal Service of Roya Akhavan for Trial Paid by Counsel and Reimbursed by Plaintiff | 011 |

Total $2,047.17

**Nationwide Legal, LLC**
110 West C. St, Suite 1211, San Diego, CA 92101
T (619) 232-7500 F (619) 232-7600
www.nationwideasap.com

| ACCOUNT NO: | BILLING DATE: | INVOICE #: |
|---|---|---|
| ESQ2027 | May 26, 2022 | SD97109 |

Bill To:
**JAMES C. MACDONALD**
**2030 Main Street Suite 660**
**Irvine, CA 92614**

**James C. Macdonald**
**(949) 660-0011**
**jcm@jcmacdonald.com**
**REF: Karimi v Fafalian**
**Case No: 2:22-cv-01379-AFM**
**POD Date: 5/26/2022**

Servee: **BEHNAM RAFALIAN**
Court: **UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA**
Case: **AMIR ?MICHAEL? KARIMI, et al. vs. BEHNAM RAFALIAN, et al.**
Documents: **SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; NOTICE TO COUNSEL; STATEMENT OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; REMINDER NOTICE; CERTIFICATION AND NOTICE OF INTERESTED PARTIES;**

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Base Charge | | | 150.00 |
| Additional Address (Related) | | | 45.00 |
| PDF Page Count (Up to 200 pgs) | | | 8.25 |
| | | TOTAL DUE | $ 203.25 |

**SCOPE OF PROJECT**
Left With: "John Doe" - Employee
Address: 5812 Washington Blvd, # Culver City, CA 902327323
Result: Substituted Service
Completed on 5/26/2022 at 4:23 PM

Thank you for choosing Nationwide Legal, LLC!
For billing inquiries, please contact our Accounting Department at (619) 232-7500.

| ACCOUNT NO: | BILLING DATE: | INVOICE #: |
|---|---|---|
| ESQ2027 | May 26, 2022 | SD97109 |

Remit To:

Nationwide Legal, LLC
110 West C. St, Suite 1211
San Diego, CA 92101

**TOTAL DUE:** **$ 203.25**

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO **Nationwide Legal, LLC**

**Service Type: 033 - SPECIAL PROCESS (IMMEDIATELY)** Order#:SD97109-01/INVOICEPa

# INVOICE SUMMARY

NATIONWIDE LEGAL

1609 James M Wood Blvd., Los Angeles, CA 90015
Phone: (213) 249-9999 legal@nationwidelegal.com

| Page | Customer No. |
|---|---|
| 1 | ESQ2027 |
| **Invoice DATE:** | **Total Due** |
| 5/31/2022 | $ 203.25 |

JAMES C. MACDONALD
2030 Main Street Suite 660
Irvine, CA 92614

FOR BILLING INQUIRIES PLEASE CONTACT
billing@nationwidelegal.com
FEIN: 20-8284527

| Customer No. | Page | Statement Date | Amount Due |
|---|---|---|---|
| ESQ2027 | 1 | 5/31/2022 | $ 203.25 |

| Control No. | DATE | Case Title | Ref No. | Inv Amt | Payment | Total |
|---|---|---|---|---|---|---|
| SD97109<br>Process Service | 5/26/2022 | Contact: James C. Macdonald Servee: BEHNAM RAFALIAN<br>AMIR ?MICHAEL? KARIM vs. BEHNAM RAFALIAN, et | Karimi v Fafalian | 203.25 | .00 | 203.25 |

| Current | OVER 30 Days | OVER 60 Days | OVER 90 Days |
|---|---|---|---|
| 203.25 | .00 | .00 | .00 |

**PAYMENT DUE UPON RECEIPT**

Nationwide Legal, LLC
1609 James M Wood Blvd., Los Angeles, CA 90015
T (213) 249-9999 F (213) 249-9990
www.nationwideasap.com

| ACCOUNT NO: | BILLING DATE: | INVOICE #: |
|---|---|---|
| ESQ2027 | June 9, 2022 | SD97128 |

Bill To:
**JAMES C. MACDONALD**
**2030 Main Street Suite 660**
**Irvine, CA 92614**

James C. Macdonald
(949) 660-0011
jcm@jcmacdonald.com
REF: Karimi v Fafalian
Case No: 2:22-cv-01379-AFM
POD Date: 6/9/2022

Servee: ROYA AKHAVAN
Court: UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
Case: AMIR ?MICHAEL? KARIMI, et al. vs. BEHNAM RAFALIAN, et al.
Documents: SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; NOTICE TO COUNSEL; STATEMENT OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; REMINDER NOTICE; CERTIFICATION AND NOTICE OF INTERESTED PARTIES;

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Base Charge | | | 150.00 |
| PDF Page Count (Up to 200 pgs) | | | 8.25 |
| | | TOTAL DUE | $ 158.25 |

SCOPE OF PROJECT
Not Served
Address: 1025 Carolyn Way, # Beverly Hills, CA 902102210
Result: Not Served
Completed on 6/9/2022 at 11:31 AM

Thank you for choosing Nationwide Legal, LLC!
For billing inquiries, please contact our Accounting Department at (213) 249-9999.

| ACCOUNT NO: | BILLING DATE: | INVOICE #: |
|---|---|---|
| ESQ2027 | June 9, 2022 | SD97128 |

Remit To:
Nationwide Legal, LLC
1609 James M Wood Blvd.
Los Angeles, CA 90015

**TOTAL DUE:** $ 158.25

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO Nationwide Legal, LLC

**Service Type: 033 - SPECIAL PROCESS (IMMEDIATELY)**

Order#:SD97128-01/INVOICEPa

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV22-01379-AFM

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* SOIL PACIFIC, INC.

was received by me on *(date)* 05/25/2023 .

❐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* YUNES KABIR, AUTHORIZE PERSON TO ACCEPT , who is designated by law to accept service of process on behalf of *(name of organization)* SOIL PACIFIC, INC. on *(date)* 05/30/2023 ; or

❐ I returned the summons unexecuted because ______ ; or

❐ Other *(specify)*:

My fees are $ ______ for travel and $ 125.00 for services, for a total of $ 125.00 .

I declare under penalty of perjury that this information is true.

Date: 05/30/2023

[signature]
*Server's signature*

Jacqueline Lorati, Process Server
*Printed name and title*

455 N. Moss St, Suite 130
Burbank, CA 91502
*Server's address*

Additional information regarding attempted service, etc:

**Service Address: 675 N ECKHOFF STREET, SUITE A**
**City/State/Zip: ORANGE, CA 92868**

006 4142884

Nationwide Legal, LLC
1609 James M Wood Blvd., Los Angeles, CA 90015
T (213) 249-9999 F (213) 249-9990
www.nationwideasap.com

| ACCOUNT NO: | BILLING DATE: | INVOICE #: |
|---|---|---|
| ESQ2027 | May 23, 2025 | SD224396 |

Bill To:
**JAMES C. MACDONALD**
**2030 Main Street Suite 660**
**Irvine, CA 92614**

James C. Macdonald (SEND INVOICES)
(949) 660-0011
jcm@jcmacdonald.com
REF: Karimi
Case No: 2:22-CV-01379-MWC (KSX)
Plaintiff: Amir "Michael" Karimi, et al.
Defendant: Behnam Rafalian, et al.

Servee: Alireza Shahdoost- Rad
Court: UNITED STATES DISTRICT COURT OF CALIFORNIA
Case: Amir "Michael" Karimi, et al. vs. Behnam Rafalian, et al.
Documents: Subpoena to Testify at a Deposition in a Civil Action

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| All Other Counties in California-Base | | | 206.70 |
| PDF Page Count (Up to 200 pgs) | | | 1.80 |
| Waiting Time | | | 42.00 |
| Fees Advanced | 66.00 | 1.00 | 66.20 |
| Check Charge | 66.00 | .10 | 6.62 |
| | | TOTAL DUE | $ 323.32 |

SCOPE OF PROJECT
Servee: Alireza Shahdoost- Rad
Address: 25509 Aragon Way, # Yorba Linda, CA 928876207
Result: Personally Served
Completed on 5/22/2025 at 7:45 PM

Thank you for choosing Nationwide Legal, LLC!
For billing inquiries, please contact our Accounting Department at (213) 249-9999.

| ACCOUNT NO: | BILLING DATE: | INVOICE #: |
|---|---|---|
| ESQ2027 | May 23, 2025 | SD224396 |

Remit To:
Nationwide Legal, LLC
1609 James M Wood Blvd.
Los Angeles, CA 90015

TOTAL DUE: $ 323.32

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO Nationwide Legal, LLC

Service Type: 033 - SPECIAL PROCESS (IMMEDIATELY) Order#:SD224396-01/INVOICEPa

# INVOICE SUMMARY

NATIONWIDE LEGAL

| Page | Customer No. |
|---|---|
| 1 | ESQ2027 |
| **Invoice DATE:** | **Total Due** |
| 9/24/2025 | $ 323.32 |

1609 James M Wood Blvd., Los Angeles, CA 90015
Phone: (213) 249-9999 legal@nationwidelegal.com

JAMES C. MACDONALD
2030 Main Street Suite 660
Irvine, CA 92614

FOR BILLING INQUIRIES PLEASE CONTACT
billing@nationwidelegal.com
FEIN: 20-8284527

| Customer No. | Page | Statement Date | Amount Due |
|---|---|---|---|
| ESQ2027 | 1 | 9/24/2025 | $ 323.32 |

| Control No. | DATE | Case Title | Ref No. | Inv Amt | Payment | Total |
|---|---|---|---|---|---|---|
| SD224396<br>Process Service | 5/22/2025 | Contact: James C. Macdonald (SEND INVOICES) Servee: Alireza Shahdoost- Rad<br>Amir "Michael" Karim vs. Behnam Rafalian, et | Karimi | 323.32 | .00 | 323.32 |

| Current | OVER 30 Days | OVER 60 Days | OVER 90 Days |
|---|---|---|---|
| 292.30 | .00 | .00 | 323.32 |

**PAYMENT DUE UPON RECEIPT**

Nationwide Legal, LLC
1609 James M Wood Blvd., Los Angeles, CA 90015
T (213) 249-9999 F (213) 249-9990
www.nationwideasap.com

| ACCOUNT NO: | BILLING DATE: | INVOICE #: |
|---|---|---|
| ESQ2027 | September 19, 2025 | SD239332 |

Bill To:
**JAMES C. MACDONALD**
**2030 Main Street Suite 660**
**Irvine, CA 92614**

James C. Macdonald (SEND INVOICES)
(949) 660-0011
jcm@jcmacdonald.com
REF: Karimi
Case No: 2:22-CV-01379-MWC (KSX)
Plaintiff: Amir "Michael" Karimi, et al.
Defendant: Soil Pacific, Inc., et al.

Servee: Alireza Shahdoost- Rad
Court: UNITED STATES DISTRICT COURT OF CALIFORNIA
Case: Amir "Michael" Karimi, et al. vs. Soil Pacific, Inc., et al.
Documents: SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| All Other Counties in California-Base | | | 219.00 |
| PDF Page Count (Up to 200 pgs) | | | 1.80 |
| Fees Advanced | 65.00 | 1.00 | 65.00 |
| Check Charge | 65.00 | .10 | 6.50 |
| | | TOTAL DUE | $ 292.30 |

SCOPE OF PROJECT
Servee: Alireza Shahdoost- Rad
Address: 25509 Aragon Way, # Yorba Linda, CA 928876207
Result: Personally Served
Completed on 9/18/2025 at 5:59 PM

Thank you for choosing Nationwide Legal, LLC!
For billing inquiries, please contact our Accounting Department at (213) 249-9999.

| ACCOUNT NO: | BILLING DATE: | INVOICE #: |
|---|---|---|
| ESQ2027 | September 19, 2025 | SD239332 |

Remit To:

Nationwide Legal, LLC
1609 James M Wood Blvd.
Los Angeles, CA 90015

TOTAL DUE: $ 292.30

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO Nationwide Legal, LLC

Service Type: 033 - SPECIAL PROCESS (IMMEDIATELY)

Order#:SD239332-01/INVOICEPa

**Nationwide Legal, LLC**
1609 James M Wood Blvd., Los Angeles, CA 90015
T (213) 249-9999 F (213) 249-9990
www.nationwideasap.com

| ACCOUNT NO: | BILLING DATE: | INVOICE #: |
|---|---|---|
| ESQ2027 | September 30, 2025 | SD239446A |

Bill To:
**JAMES C. MACDONALD**
**2030 Main Street Suite 660**
**Irvine, CA 92614**

**James C. Macdonald (SEND INVOICES)**
**(949) 660-0011**
**jcm@jcmacdonald.com**
**REF: Karimi v Fafalian**
**Case No: 2:22-cv-01379-AFM**
**Plaintiff: AMIR "MICHAEL" KARIMI, et al.**
**Defendant: BEHNAM RAFALIAN, et al.**

Servee: ROYA AKHAVAN
Court: UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
Case: AMIR "MICHAEL" KARIMI, et al. vs. BEHNAM RAFALIAN, et al.
Documents: SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Additional Entities(Statewide) | | | 61.75 |
| PDF Page Count (Up to 200 pgs) | 3.00 | .60 | 1.80 |
| | | TOTAL DUE | $ 63.55 |

**SCOPE OF PROJECT**
Not Served
Address: 1025 Carolyn Way, # Beverly Hills, CA 902102210
Result: Not Served
Completed on 9/30/2025 at 12:38 PM

Thank you for choosing Nationwide Legal, LLC!
For billing inquiries, please contact our Accounting Department at (213) 249-9999.

| ACCOUNT NO: | BILLING DATE: | INVOICE #: |
|---|---|---|
| ESQ2027 | September 30, 2025 | SD239446A |

Remit To:
Nationwide Legal, LLC
1609 James M Wood Blvd.
Los Angeles, CA 90015

**TOTAL DUE:** $ 63.55

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO **Nationwide Legal, LLC**

**Service Type: 033 - SPECIAL PROCESS (IMMEDIATELY)**

Order#:SD239446A-01/INVOICEPa

Nationwide Legal, LLC
1609 James M Wood Blvd., Los Angeles, CA 90015
T (213) 249-9999 F (213) 249-9990
www.nationwideasap.com

| ACCOUNT NO: | BILLING DATE: | INVOICE #: |
|---|---|---|
| ESQ2027 | September 30, 2025 | SD239446 |

Bill To:
**JAMES C. MACDONALD**
**2030 Main Street Suite 660**
**Irvine, CA 92614**

James C. Macdonald (SEND INVOICES)
(949) 660-0011
jcm@jcmacdonald.com
REF: Karimi v Fafalian
Case No: 2:22-cv-01379-AFM
Plaintiff: AMIR ?MICHAEL? KARIMI, et al.
Defendant: BEHNAM RAFALIAN, et al.

Servee: BEHNAM RAFALIAN
Court: UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
Case: AMIR ?MICHAEL? KARIMI, et al. vs. BEHNAM RAFALIAN, et al.
Documents: SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| All Other Counties in California-Base | | | 219.00 |
| Additional Address | | | 219.00 |
| PDF Page Count (Up to 200 pgs) | 3.00 | .60 | 1.80 |
| Stakeout (Per Hour) | 90.00 | 1.58 | 142.20 |
| | | TOTAL DUE | $ 582.00 |

SCOPE OF PROJECT
Not Served
Address: 1025 Carolyn Way, # Beverly Hills, CA 902102210
Result: Not Served
Completed on 9/30/2025 at 11:30 AM

Thank you for choosing Nationwide Legal, LLC!
For billing inquiries, please contact our Accounting Department at (213) 249-9999.

| ACCOUNT NO: | BILLING DATE: | INVOICE #: |
|---|---|---|
| ESQ2027 | September 30, 2025 | SD239446 |

Remit To:

Nationwide Legal, LLC
1609 James M Wood Blvd.
Los Angeles, CA 90015

TOTAL DUE: $ 582.00

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO Nationwide Legal, LLC

Service Type: 033 - SPECIAL PROCESS (IMMEDIATELY) Order#:SD239446-01/INVOICEPa

# Tab 4 – Trial Transcripts

| Invoice Date | Taxable Amount | Description | Tab Page No. |
|---|---|---|---|
| 1/29/2026 | $133.10 | Phase 1, Day 1 Trial Transcript Paid by Plaintiff | 014 |
| 1/29/2026 | $226.60 | Phase 1, Day 2 Trial Transcript Paid by Plaintiff | 014 |
| 1/30/2026 | $195.80 | Phase 1, Day 3 Trial Transcript Paid by Plaintiff | 015 |
| 2/6/2026 | $783.90 | Phase 1, Day 4 Trial Transcript Paid by Plaintiff | 016 |
| 2/6/2026 | $1,345.50 | Phase 3, Day 1 Trial Transcript Paid by Plaintiff | 016 |
| 8/5/2026 | $830.70 | Phase 2, Day 1 Trial Transcript Paid by Plaintiff | 017 |

Total: $3,515.60

# Invoice

| Date | Invoice # |
|---|---|
| 1/29/2026 | 56065 |

PAID 01/22/2026

EXCEPTIONAL REPORTING SERVICES INC

| Bill To |
|---|
| James Macdonald, Esq.<br>2030 Main St.<br>Suite 660<br>Irvine, CA 92614 |

"I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States."

//s// Toni Hudson

| Case No: | EIN: 47-0936244 | Judge | Terms |
|---|---|---|---|
| 22-cv-1379 | TAX ID | Court | Due on receipt |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Amir Karimi, et al. vs. Rafalian, et al. | | |
| 121 | 11/4/2025; Transcript; Ordinary; Copy | 1.10 | 133.10 |
| 206 | 11/5/2025 | 1.10 | 226.60 |
| | Dep. rcvd. 1/22; Amex XXXX8003: $459.09; $359.70 applied<br>Refunded back to card: $99.39 | | |
| | | **Total Due** | $359.70 |

| Ph: 361 949-2988 | Fax: 361 949-7799 | Email: Transcripts@ExceptionalReporting.com | Web: www.ExceptionalReporting.com |
|---|---|---|---|

P.O. Box 8365
Corpus Christi, TX 78468

# Invoice

| Date | Invoice # |
|---|---|
| 1/30/2026 | 56072 |

PAID 01/30/2026

| Bill To |
|---|
| James Macdonald, Esq.<br>2030 Main St.<br>Suite 660<br>Irvine, CA 92614 |

"I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States."

//s// Toni Hudson

| Case No: | EIN: 47-0936244 | Judge | Terms |
|---|---|---|---|
| 22-cv-1379 | TAX ID | Court | Due on receipt |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Amir Karimi, et al. vs. Rafalian, et al. | | |
| 178 | 11/6/2025; Transcript; Ordinary; Copy | 1.10 | 195.80 |
| | Pmt. rcvd. 1/30; Amex XXXX8003: $195.80 | | |
| | | **Total Due** | $195.80 |

| Ph: 361 949-2988 | Fax: 361 949-7799 | Email: Transcripts@ExceptionalReporting.com | Web: www.ExceptionalReporting.com |
|---|---|---|---|

P.O. Box 8365
Corpus Christi, TX 78468

# Invoice

| Date | Invoice # |
|---|---|
| 2/6/2026 | 56100 |

PAID 02/06/2026

EXCEPTIONAL REPORTING SERVICES INC

| Bill To |
|---|
| James Macdonald, Esq.<br>2030 Main St.<br>Suite 660<br>Irvine, CA 92614 |

"I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States."

//s// Toni Hudson

| Case No: | EIN: 47-0936244 | Judge | Terms |
|---|---|---|---|
| 22cv1379 | TAX ID | Court | Due on receipt |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Amir Michael Karimi, et al. vs. Behnam Rafalian, et al. | | |
| 134 | 11/10/2025; JT-4 | 5.85 | 783.90 |
| 230 | 01/20/2026; Trial; Phase 3, Day 1 | 5.85 | 1,345.50 |
| | Dep. rcvd. 2/1; Amex XXXX8003: $1800.00 | | |
| | Pmt. rcvd. 2/6; Amex XXXX8003: $ 329.40 | | |
| | | **Total Due** | $2,129.40 |

| Ph: 361 949-2988 | Fax: 361 949-7799 | Email: Transcripts@ExceptionalReporting.com | Web: www.ExceptionalReporting.com |
|---|---|---|---|

P.O. Box 8365
Corpus Christi, TX 78468

# Invoice

| Date | Invoice # |
|---|---|
| 8/5/2026 | 56897 |

PAID 08/05/2026

| Bill To |
|---|
| James Macdonald, Esq.<br>2030 Main St.<br>Suite 660<br>Irvine, CA 92614 |

EXCEPTIONAL REPORTING SERVICES INC

"I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States."

//s// Toni Hudson

| Case No: | EIN: 47-0936244 | Judge | Terms |
|---|---|---|---|
| 22cv1379 | TAX ID | Court | Due on receipt |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Amir Karimi, et al. vs. Behnam Rafalian, et al. | | |
| 142 | 11/12/2025; Expedited Transcript | 5.85 | 830.70 |
| | Dep. rcvd. 7/29; Amex XXXX8003: $500.00<br>Pmt. rcvd. 8/05; Amex XXXX8003: $330.70 | | |

| | |
|---|---|
| **Total Due** | $830.70 |


| Ph: 361 949-2988 | Fax: 361 949-7799 | Email: Transcripts@ExceptionalReporting.com | Web: www.ExceptionalReporting.com |
|---|---|---|---|

20079 Stone Oak Pkwy
Suite 1105-237
San Antonio, TX 78258

# Tab 5 – Deposition Transcripts

| Deposition Date | Taxable Amount | Description | Tab Page No. |
|---|---|---|---|
| 6/04/2025 | $2,640.29 | Deposition Transcript for Behnam Rafalian Paid by Counsel and Reimbursed by Plaintiff | 020, 024 |
| 6/20/2025 | $1,609.47 | Deposition Transcript for Roya Akhavan Paid by Counsel and Reimbursed by Plaintiff | 021, 024 |
| 7/2/2025 | $3.074.50 | Deposition Transcript for Yones Kabir Paid by Counsel and Reimbursed by Plaintiff | 022, 024 |
| 2/6/2026 | $1,622.83 | Deposition Transcript for Alireza Shahdoost-Rad Paid by Counsel and Reimbursed by Plaintiff | 023, 024 |

Total $8,946.91

**California Deposition Reporters, Inc.**
448 E. Foothill Blvd Suite 101
San Dimas, CA 91773
Phone: 626-915-1996

CALIFORNIA DEPOSITION REPORTERS

Law Offices of James C. Macdonald
James C. Macdonald, Esq.
2030 Main Street,Suite 660
Irvine, CA 92614

*Invoice #51228*

| Date | Terms |
|---|---|
| 06/03/2025 | Net 30 |

**PAST DUE**

Re-Sent On 12/01/2025

**Job #247126 on 04/30/2025 at 10:00 AM PT**

**Case:** Amir Michael Karimi vs. Behnam Rafalian, et al.
**Court Docket#:** 2:22-cv-01379 MWC(KSx)
**Location:** Zoom WL
All parties appearing remotely via Zoom
Remote, CA

**Shipped On:** 06/02/2025
**Shipped Via:** Electronic Only
**Delivery Type:** Normal
**Services:** Reporter; Video Conference

**Deposition of Benham Rafalian**

| | |
|---|---|
| Amount Due: | $ 2,432.50 |
| If paid after 07/03/2025: | $ 187.99 |
| Paid: | $ 0.00 |

| | |
|---|---|
| **Balance Due:** | **$ 2,620.49** |
| **Payment Due:** | **07/03/2025** |

**Tax ID: 95-4168477**
**Failure to pay invoice when due incurs fees as listed on your invoice. If litigation is necessary to enforce this Agreement, the prevailing party will be entitled to attorney fees and costs. Failure to pay our invoice when due requires you to pay any interest that will accrue on the principal debt at 10% per annum if the invoice in not paid in full, within 30 days of the Due Date. All returned checks or refused credit cards are subject to a $50 charge for each occurrence. The amount shown is for payment by check. If you prefer to pay via credit card for your convenience, processors charge a fee at checkout.**

**California Deposition Reporters, Inc.**
448 E. Foothill Blvd Suite 101
San Dimas, CA 91773
Phone: 626-915-1996

CALIFORNIA DEPOSITION REPORTERS

Law Offices of James C. Macdonald
James C. Macdonald, Esq.
2030 Main Street,Suite 660
Irvine, CA 92614

# Invoice #51559

| Date | Terms |
|---|---|
| 06/10/2025 | Net 30 |

**PAST DUE**

Re-Sent On 12/08/2025

**Job #247693 on 05/02/2025 at 10:00 AM PT**

**Case:** Amir Michael Karimi vs. Behnam Rafalian, et al.
**Court Docket#:** 2:22-cv-01379 MWC(KSx)
**Location:** Zoom WL
All parties appearing remotely via Zoom
Remote, CA

**Shipped On:** 06/07/2025
**Shipped Via:** Electronic Only
**Delivery Type:** Normal
**Services:** Reporter; Video Conference

**Deposition of Roya Akhavan**

| | |
|---|---|
| Amount Due: | $ 1,494.00 |
| If paid after 07/10/2025: | $ 115.47 |
| Paid: | $ 0.00 |

| | |
|---|---|
| **Balance Due:** | **$ 1,609.47** |
| **Payment Due:** | **07/10/2025** |

**Tax ID: 95-4168477**
**Failure to pay invoice when due incurs fees as listed on your invoice. If litigation is necessary to enforce this Agreement, the prevailing party will be entitled to attorney fees and costs. Failure to pay our invoice when due requires you to pay any interest that will accrue on the principal debt at 10% per annum if the invoice in not paid in full, within 30 days of the Due Date. All returned checks or refused credit cards are subject to a $50 charge for each occurrence. The amount shown is for payment by check. If you prefer to pay via credit card for your convenience, processors charge a fee at checkout.**

**California Deposition Reporters, Inc.**
448 E. Foothill Blvd Suite 101
San Dimas, CA 91773
Phone: 626-915-1996

CALIFORNIA DEPOSITION REPORTERS

Law Offices of James C. Macdonald
James C. Macdonald, Esq.
2030 Main Street,Suite 660
Irvine, CA 92614

# *Invoice #52286*

| Date | Terms |
|---|---|
| 07/02/2025 | Net 30 |

**PAST DUE**

Re-Sent On 11/30/2025

**Job #247127 on 06/02/2025 at 10:00 AM PT**

**Case:** Amir Michael Karimi vs. Behnam Rafalian, et al.
**Court Docket#:** 2:22-cv-01379 MWC(KSx)
**Location:** Zoom WL
All parties appearing remotely via Zoom
Remote, CA

**Shipped On:** 07/02/2025
**Shipped Via:** UPS
**Tracking #:** WITNESS: 1Z91772203 4812 5284
**Delivery Type:** Normal
**Services:** Reporter; Video Conference

**Deposition - Expert/Technical of Yones Kabir**

| | |
|---|---|
| Amount Due: | $ 2,896.75 |
| If paid after 08/01/2025: | $ 177.75 |
| Paid: | $ 0.00 |
| **Balance Due:** | **$ 3,074.50** |
| **Payment Due:** | **08/01/2025** |

**Tax ID: 95-4168477**
**Failure to pay invoice when due incurs fees as listed on your invoice. If litigation is necessary to enforce this Agreement, the prevailing party will be entitled to attorney fees and costs. Failure to pay our invoice when due requires you to pay any interest that will accrue on the principal debt at 10% per annum if the invoice in not paid in full, within 30 days of the Due Date. All returned checks or refused credit cards are subject to a $50 charge for each occurrence. The amount shown is for payment by check. If you prefer to pay via credit card for your convenience, processors charge a fee at checkout.**

**California Deposition Reporters, Inc.**
448 E. Foothill Blvd Suite 101
San Dimas, CA 91773
Phone: 626-915-1996

CALIFORNIA DEPOSITION REPORTERS

Law Offices of James C. Macdonald
James C. Macdonald, Esq.
2030 Main Street,Suite 660
Irvine, CA 92614

## *Invoice #52599*

| Date | Terms |
|---|---|
| 07/14/2025 | Net 30 |

**PAST DUE**

Re-Sent On 12/12/2025

**Job #248636 on 06/03/2025 at 10:00 AM PT**

**Case:** Amir Michael Karimi vs. Behnam Rafalian, et al.
**Court Docket#:** 2:22-cv-01379 MWC(KSx)
**Location:** Zoom KL
All parties appearing remotely via Zoom
Remote, CA

**Shipped On:** 07/11/2025
**Shipped Via:** Electronic Only
**Delivery Type:** Normal
**Services:** Reporter; Video Conference

**Deposition of Alireza Shahdoost-Rad**

| | |
|---|---|
| Amount Due: | $ 1,529.00 |
| If paid after 08/13/2025: | $ 93.83 |
| Paid: | $ 0.00 |
| **Balance Due:** | **$ 1,622.83** |
| **Payment Due:** | **08/13/2025** |

**Tax ID: 95-4168477**
**Failure to pay invoice when due incurs fees as listed on your invoice. If litigation is necessary to enforce this Agreement, the prevailing party will be entitled to attorney fees and costs. Failure to pay our invoice when due requires you to pay any interest that will accrue on the principal debt at 10% per annum if the invoice in not paid in full, within 30 days of the Due Date. All returned checks or refused credit cards are subject to a $50 charge for each occurrence. The amount shown is for payment by check. If you prefer to pay via credit card for your convenience, processors charge a fee at checkout.**

**LAW OFFICES OF JAMES C. MACDONALD**
2030 MAIN ST STE 660
IRVINE, CA 92614-7253

1184

11-35/1210 CA
91075

DATE 01/06/26

PAY TO THE ORDER OF California Deposition Reporters Inc $ 8,927.29

Eight thousand nine hundred and twenty-seven 29/100 DOLLARS

BANK OF AMERICA

ACH R/T 121000358

FOR 51278, 51559, 52286, 52599

⑈001184⑈

# Tab 6 – Witness Fees

| Deposition Date | Taxable Amount | Description | Tab Page No. |
| --- | --- | --- | --- |
| 1/13/2026 | $65.00 | Trial Witness Fee Alireza Shahdoost-Rad | 027 |

BC-CHK - 4875 : Account Activity

Transaction details

| | |
|---|---|
| Posting date | Jan 16, 2026 |
| Description | Check |
| Type | Check |
| Status | Cleared |
| Check # | 31900 |
| Amount | $65.00 |
| Description | Check |
| Merchant name | Check |
| Transaction category | Cash, Checks & Misc : Checks |

TRANS TELECOM COMPANY, INC.
5969 WASHINGTON BLVD
CULVER CITY CA 90232-7324

Bank of America
ACH R/T 121000358

31900

11-35/1210 CA
81613

1/13/2026

PAY TO THE ORDER OF ALI REZA SHAHDOOST-Rad $65.00

Sixty five 00/100 DOLLARS

MEMO FOR TRIAL SUBPOENA To APPEAR & Testify at Trial on 1/20/26 AT 9:30 AM

[redacted]
AUTHORIZED SIGNATURE

⑈031900⑈ ⑆121000358⑆ [redacted]

Photo Safe Deposit® Details on Back.

[illegible] 031900
[illegible]

Security features exceed industry standards and include:
• [illegible] Matching [illegible] and check [illegible] on back [illegible]
• MobileMark™ Mobile Deposit check mark to indicate check has been deposited via mobile device
• [illegible] Security Weave pattern on back designed to deter fraud
• Microprint [illegible] lines printed on front and back
• The words "ORIGINAL DOCUMENT" across the back
• Photo Safe [illegible] visible on front and back

Do not cash if:
• Any of the features listed above are missing or appear altered
• [illegible] on back [illegible]
• [illegible]

☐ CHECK HERE IF MOBILE DEPOSIT

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

# Tab 9a – Copying Costs

| Cost Date | Taxable Amount | Description | Tab Page No. |
|---|---|---|---|
| 9/22/2025 | $662.87 | Binders for 7 sets of trial binders and 171 exhibits necessary because Defendants refused to stipulate or identify documents that would be admissible at trial. | 030 |
| 10/4/2025 | $1,118.67 | Copying Costs for 15,981 pages for 7 sets of trial binders and 171 exhibits necessary because Defendants refused to stipulate or identify documents that would be admissible at trial. | 035 |

Total $1,781.54

# Order Summary

Order placed September 22, 2025 Order # 111-1298599-5755439

**Ship to**

[redacted]
United States

**Payment method**

American Express [redacted]

View related transactions

**Order Summ**

Item(s) Subto
Shipping & H
Total before t
Estimated tax collected:
**Grand Total:**



Brother Professional Laser Printer All-in-One with Scanner and Copier, High-Speed 50 ppm Monochrome Printing, Wireless Network Ready, Dual-Band WiFi, Auto 2-Sided Print (MFC-L5915DW)

Sold by: Amazon.com

Supplied by: Other

**$579.99**



Bostitch Office EZ Squeeze Heavy Duty 3 Hole Punch, 40-Sheet Capacity, Use Less Force, Perfect for Home Office School Supplies, Sleek Design, Silver

Sold by: Amazon.com

Supplied by: Other

**$23.99**

COSTCO WHOLESALE

Culver City #479
13463 Washington Blvd
Culver City, CA 90292
(310) 754-2003

6X Member 111836688181

| | | |
|---|---|---|
| 2779 COPY PAPER | 36.99 | A |
| 2779 COPY PAPER | 36.99 | A |
| [redacted] | | A |
| [redacted] | | |
| 1948678 EPSON ET3950 | [redacted] | A |
| SUBTOTAL | 476.86 | |
| TAX | 50.07 | |
| **** TOTAL | [redacted] | |

$ 501.63 ←

XXXXXXXXXXX[redacted] H
AID: A0000000031010
Seq# 13027 App#: 04988D
Visa Resp: APPROVED
Tran ID#: 526800013027....

APPROVED - Purchase
AMOUNT: $526.93
09/25/2025 16:43 479 13 303 281

| | |
|---|---|
| Visa | 526.93 |
| CHANGE | 0.00 |

| | |
|---|---|
| A 10.50% Tax | 50.07 |
| TOTAL TAX | 50.07 |
| TOTAL NUMBER OF ITEMS SOLD = | 4 |
| INSTANT SAVINGS | $ 5.60 |

[redacted] 16:43 479 13 303 281

COSTCO WHOLESALE

Culver City #479
13463 Washington Blvd
Culver City, CA 90292
(310) 754-2003

V6 Member 111880150451

| | | |
|---|---|---|
| 2779 COPY PAPER | 36.99 | A |
| 2779 COPY PAPER | 36.99 | A |
| SUBTOTAL | 73.98 | |
| TAX | 7.77 | |
| **** TOTAL | [redacted] | |

XXXXXXXXXXXX[redacted] CHIP Read
AID: A0000000031010
Seq# 11166 App#: 39831C
Costco Visa Resp: APPROVED
Tran ID#: 526700011166....

APPROVED - Purchase
AMOUNT: $81.75
09/24/2025 17:29 479 11 95 270

| | |
|---|---|
| Costco Visa | 81.75 |
| CHANGE | 0.00 |

| | |
|---|---|
| A 10.50% Tax | 7.77 |
| TOTAL TAX | 7.77 |
| TOTAL NUMBER OF ITEMS SOLD = | 2 |

[redacted] 17:29 479 11 95 270

21047901100 41729

# Order Summary

Order placed September 23, 2025 Order # 111-8367895-1016213

**Ship to**
[redacted]
United States

**Payment method**
American Express [redacted]
View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $422.92 |
| Shipping & Handling: | $0.00 |
| Your Coupon Savings: | -$5.00 |
| Total before tax: | $417.92 |
| Estimated tax to be collected: | $40.74 |
| **Grand Total:** | **$458.66** |

## Delivered September 24

Your package was left near the front door or porch.

[illegible]

Return or replace items: Eligible through October 24, 2025

$46.99

4



[illegible] Super High Yield Black Compatible Toner Cartridge [illegible] Pages

[illegible]

Return or replace items: Eligible through October 24, 2025

$49.99

## Delivered September 24

Your package was left near the front door or porch.

[illegible]

Return or replace items: Eligible through October 24, 2025

$46.99

2




[illegible] TN920 Standard Yield Toner Cartridge [illegible]

[illegible]

Return or replace items: Eligible through October 24, 2025

$90.99

# Order Summary

Order placed September 26, 2025 Order # 111-3891078-4487429

**Ship to**
[redacted]
United States

**Payment method**
American Express [redacted]
View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $21.99 |
| Shipping & Handling | $0.00 |
| Total before tax: | $21.99 |
| Estimated tax to be collected: | $2.14 |
| **Grand Total:** | **$24.13** |

**Return started**

Your refund will be processed when we receive your item.



[illegible]

$21.99

JAMES C. MACDONALD (SBN 175760)
LAW OFFICES OF JAMES C. MACDONALD
2030 Main Street, Suite 660
Irvine, California 92614
Telephone: (949) 660-0011
Facsimile: (949) 408-1743
E-mail: jcm@jcmacdonald.com

Attorneys for Plaintiffs
AMIR "MICHAEL" KARIMI and TRANS
TELECOM COMPANY, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIR "MICHAEL" KARIMI; TRANS TELECOM COMPANY, INC., Plaintiffs. vs. BEHNAN RAFALIAN; ROYA AKHAVAN, SOIL PACIFIC, INC.; DOES 1-10. Defendants. | Case No. 2:22-cv-01379-MWC-KS<br>Honorable Judge Michelle Williams<br>Courtroom 6A<br>**DECLARATION OF MICHAEL KARIMI SUBMITTED IN MOTION FOR ATTORNEYS' FEES** |

I, Michael Karimi declare as follows:

1. I am the president of Trans Telecom Company, Inc. and on its behalf and on behalf of myself mir "Michael" Karimi ("Plaintiffs") as an individual I caused to have filed the above-captioned complaint with the Court on February 28, 2022.

2. I have retained three (3) separate law firms to represent me in this action. The first law firm was Greenberg Glusker which I retained to conduct initial contacts with the California Department of Toxic Substances Control and to file the initial complaint in this action. A true and correct copy of the invoice issued by Greenburg Glusker is attached hereto as **Exhibit A**. Greenburg Glusker has not been paid for this invoice.

3. The second law firm I retained is the Law Offices of James C. Macdonald which I retained to litigate Plaintiffs' claims in this action. I have outstanding amounts owed on the invoices issued to me by that firm for this action.

4. The third law firm I retained is Arent Fox Schiff. I retained this firm first to provide litigation support in setting aside the stay of bankruptcy filed by Defendant Behnam Rafalian, and second to attend one day of trial for litigation support in the Phase 3 trial. I true and correct copy of the invoices issued to Plaintiffs by that firm, and proof of payment of those invoices, is attached hereto as **Exhibit B**. I have paid all of these invoices except for a total of $4,100.00 of the most recent invoice.

5. I have directly paid $4,470.00 in litigation costs in this action either by check or by credit card. I've also incurred $1,118.67 for 15,981 pages at 0.7 cents a page in copying costs for the trial. A true and correct copy of the invoices for those costs, and proof of payment for the invoices, is attached hereto as **Exhibit C.**

6. In the event the Court grants the Motion for Attorneys' Fees and/or a Motion to Tax costs, I respectfully request the Court issue an order directing reimbursement to Plaintiffs for: (1) any payments made by them of attorneys' fees and costs; and (2) any reimbursement for the invoice of Greenberg Glusker. I also request the Court issue an order directing that payment be made on behalf Plaintiffs to attorneys for the Law Offices of James C. Macdonald and Arent Fox Schiff only for any unpaid invoices, plus any multiplier added by the Court as part of that Motion relating to the attorneys' hourly rates charged.

///

///

///

///

Executed this 6th day of August 2026 at Culver City, California.

Michael Karimi

Declarant

Executed this 5th day of August 2026 at Culver City, California.

Michael Karimi

Declarant